UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAVINDER SINGH,

        Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,

        Respondent.

Case No. C24-1576-JLR

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Petitioner's habeas petition is DISMISSED without prejudice.

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 27th day of January, 2025.

                                              JAMES L. ROBART
                                              United States District Judge

ORDER - 1